# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CECILLE Q. PAED,**<br>Plaintiff,<br>vs.<br>**WELLS FARGO BANK, N.A.,**<br>Defendant. | CASE NO. 19-cv-00773-YGR<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 6 |

Plaintiff Cecille Q. Paed is hereby **ORDERED TO SHOW CAUSE** as to why the above-captioned matter should not be dismissed for failure to prosecute in light of plaintiff's failure to file an opposition or a notice that plaintiff does not oppose dismissal by March 6, 2019 as required by Civil Local Rule 7-3, and as ordered by the Court on February 25, 2019. (*See* Dkt. Nos. 6, 11.)

A hearing on this Order to Show Cause will be held on **Friday, March 29, 2019**, on the Court's **9:01 a.m**. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. By no later than **Friday, March 22, 2019**, plaintiff must file an opposition to defendant's motion to dismiss (or a statement of non-opposition). **Failure to file a response by that date will result in dismissal of this lawsuit for failure to prosecute.** Any reply to plaintiff's response must be filed not more than seven (7) days thereafter.

The Court further **VACATES** the hearing currently set for April 2, 2019. After briefing is complete, the Court may reset a hearing if necessary.

**IT IS SO ORDERED.**

Dated: March 11, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**