Arasto Farsad (SBN 273118)
farsadlaw1@gmail.com
FARSAD LAW OFFICE, P.C.
2905 Stender Way Suite 76
Santa Clara CA 95054
Tel: (408) 641-9966
Fax: (408) 866-7334

Attorneys for Plaintiff:
CECILLE Q. PAED


Jamie Knauer (SBN 316982)
jknauer@reedsmith.com
Reed Smith LLP
101 Second Street
San Francisco, CA 94105
Tel: 415.659.5614
Fax: 415.391.8269

Attorneys for Defendant:
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILLE Q. PAED,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>  Defendants. | Case No. 19-CV-00773-YGR<br><br>[Judge: Hon. YVONNE GONZALEZ ROGERS]<br><br>**STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. OF CIV. P. 41(a)(1)(A)(ii)**<br><br>**Date Action Filed:** January 14, 2019<br>**Date Action Removed:** February 13, 2019 |

TO THE HONORABLE COURT: Plaintiff, CECILLE Q. PAED, and Defendant, WELLS FARGO BANK, N.A., referred to collectively as the "Parties", by and through their respective attorneys of record, hereby stipulate to the dismissal of this action **with prejudice** pursuant to FRCP Rule 41 (a)(1)(A)(ii). Pursuant to Rule 41(a)(1)(A) (ii), a "plaintiff may dismiss an action without court order by filing . . . a stipulation signed by all parties who have

appeared."[1] WHEREFORE, the Parties hereby agree to dismiss the instant case with prejudice pursuant to Rule 41(a)(1)(A)(ii) with each party to bear their own attorneys' fees and costs in accordance with the terms of the Agreement between the Parties.

Dated: **March 12, 2019**          FARSAD LAW OFFICE, P.C.

By: /s/ *Arasto Farsad*
Arasto Farsad, Esq.
Attorney for Plaintiff:
CECILLE Q. PAED

Dated: **March 12, 2019**          REED SMITH LLP

By: /s/ *Jamie Knauer*
Jamie Knauer
Attorney for Defendant:
WELLS FARGO BANK, N.A.

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

---

[1] Voluntary dismissals filed pursuant to this rule allow the parties to bypass the court and effectuate dismissals without court order. Thus, a properly filed stipulated dismissal made pursuant to Rule 41(a)(1)(ii) is effective automatically and does not require judicial approval. *See, e.g.,* Hester Indus., Inc. v. Tyson Foods, Inc., 160 F.3d 911, 916 (2d Cir. 1998) and cases cited therein.)

**CERTIFICATE OF SERVICE**

I, Arasto Farsad, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Santa Clara, California; my business address is 2905 Stender Way, Suite 76, Santa Clara, CA 95054. On the date below, I served a copy of the foregoing document entitled:

**STIPULATED DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. OF CIV. P. 41(a)(1)(A)(ii)**

On the interested parties in said case as follows:

*Served Electronically Via the Court's CM/ECF System:*

**Jamie Knauer
Reed Smith LLP
101 Second Street
San Francisco, CA 94105
jknauer@reedsmith.com
(Counsel for Defendant)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Santa Clara, California on **March 12, 2019.**

| Arasto Farsad | */s/ Arasto Farsad* |
|---|---|